FAIRCHILD v. SCARSDALE ESTATES et al. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Josephine M. Fairchild against the Scarsdale Estates and others. No opinion. Order modified, by providing that the deposition be printed as an appendix to the case, if ap-

pellants prefer, and, as so modified, affirmed, without costs. See, also, 150 N. Y. Supp. 1085; 151 N. Y. Supp. 1042.